IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TRACY JACKSON,**

**Plaintiff,**

**v.**

**THE ALTON & SOUTHERN RAILWAY COMPANY,**

**Defendant.**                                      No. 07-CV-0038-DRH

## ORDER

**HERNDON, District Judge:**

Pending before the Court is Plaintiff's notice of voluntary dismissal (Doc. 25). The Court **ACKNOWLEDGES** the dismissal and **DISMISSES without prejudice** Plaintiff's cause of action. The Court will close the file.

**IT IS SO ORDERED.**

Signed this 21st day of September, 2007.

                                             /s/      DavidRHerndon
                                          United States District Judge